# The Law Offices of Roger S. Thompson
**116 Pinehurst Ave., Suite D-14**
**New York, New York 10033**
~~Phone:~~  **(212) 923-5145**
**(866) 276-8409**
**?thompson-ip.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/25/2026_____

F(
B
H
U
5(
New York, NY 10007-1312

The request for additional time is granted.  However, future extensions are not likely to be given.

Re:     *Greenhouse v. Website Symmetry,* et al.
        1:23-cv-09754-DEH-KHP
        RST Ref.:  6071-004

**SO ORDERED:**                                2/25/2026

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Dear Judge Parker:

I represent the named plaintiff, Albert Greenhouse, in the above-referred matter.  I write this letter further to Your Honor's Order [Dkt. 95] dated February 11, 2026, directing the undersigned to file by February 25, 2026, any memorandum regarding Mr. Greenhouse's assertion of personal jurisdiction over the Defendants Blitz Design, Inc. and 360 Art Studio, Inc. in the Southern District of New York.

While the undersigned originally requested the date of February 25, 2026 for the filing of this paper, unexpected urgent deadlines in other cases I am working on have arisen.  These deadlines have distracted me from the completion of the requested memorandum.  Thus, I must request a further two-week period in which to file the memorandum, *i.e.*, until **March 11, 2026**.  This is the first request for this extension.  Since the defendants are in default and have not appeared, their consent has not been sought.

Thank you for your attention in this matter.  Early and favorable consideration to this request is respectfully requested.

Yours Truly,
THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
Roger S. Thompson (RT 2117)
cc:     Mr. Albert Greenhouse (*via* e-mail)