THE LAW OFFICES OF ROGER S. THOMPSON
Roger S. Thompson, *Pro Hac Vice* Application Pending
roger@thompson-ip.com
116 Pinehurst Ave., Suite D-14
New York, NY 10033
212.923.5145

BENEDICTO & SIMONOVICH LLP
Jacqueline Simonovich, Bar No. 319259
jackie@bensimlaw.com
490 Post St. Suite 500 PMB 2344
San Francisco CA 94102
415.266.0950

Attorneys for ALBERT GREENHOUSE

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| ALBERT GREENHOUSE, an individual,<br><br>Plaintiff.<br>vs.<br><br>BLITZ DESIGN, INC.; AMY CONNOR; EVRIMA CHICAGO LLC; NICK FISHER; GHOSTWRITING UNIVERSE; LOGO SYMMETRY; SETH MILES; JASON PARKER; VIDEO SYMMETRY; WEBSITE SYMMETRY; and 360 ART STUDIO, INC.,<br><br>Defendants. | Case No.: 4:26-cv-03053-HSG<br><br>**APPLICATION FOR ADMISSION OF ROGER S. THOMPSON PRO HAC VICE; ORDER**<br><br>**(CIVIL LOCAL RULE 11-3)** |

I, Roger S. Thompson, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the plaintiff, Albert Greenhouse, in the above-entitled action. My local co-counsel in this case is Jacqueline Melissa Simonovich, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 319259.

MY ADDRESS OF RECORD:

The Law Offices of Roger S. Thompson

116 Pinehurst Ave., Suite D-14

New York, NY 10033

MY TELEPHONE # OF RECORD: (212) 923-5145

MY EMAIL ADDRESS OF RECORD" roger@thompson-ip.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

Benedicto & Simonovich LLP

490 Post St., Suite 500 PMB 2344

San Francisco, CA 94102

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 266-0952

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jackie@bensimlaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my New York bar number is: 1623479.

A true and correct copy of a certificate of good standing or equivalent official document from said bar has been filed previously, and the fee for this admission has likewise been paid previously

I have been granted pro hac vice admission by the Court once in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

[This line intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 21, 2026

/s/ Roger S. Thompson
Roger S. Thompson
THE LAW OFFICES OF ROGER S. THOMPSON
116 Pinehurst Ave., Suite D-14
New York, NY 10033
Telephone: (212) 923-5145

BENEDICTO & SIMONOVICH LLP
490 Post St., Suite 500 PMB 2344
San Francisco, CA 94102
Telephone: (415) 266-0950

Attorneys for Plaintiff ALBERT GREENHOUSE

---

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Roger S. Thompson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/22/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

# *Appellate Division of the Supreme Court of the State of New York First Judicial Department*

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## *Roger Sherman Thompson*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***July 16, 1979****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on July 10, 2026.*

*Clerk of the Court*

*CertID-00298483*

# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020